UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARK BRUDER, )
    Plaintiff(s), )
  )
v. ) Case No. 4:23-cv-1075
  )
CHARTER COMMUNICATIONS, INC. ET AL, )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

D.M. Professional Services, Inc.
(name and address of process server)

501 Silverside Road, Suite 72

Wilmington, DE 19809

To serve: __Charter Communications, Inc.__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

08/25/2023                                            /s/ Joel Halvorsen
(date)                                                 (attorney for Plaintiff)

(attorney for Defendant)